

# IN THE
# TENTH COURT OF APPEALS

### No. 10-22-00246-CV

## IN THE MATTER OF THE ESTATE OF
## DONOLD WILLBURN DAMRON,
## DECEASED

**From the 220th District Court
Hamilton County, Texas
Trial Court No. CV04522**

## MEMORANDUM OPINION

Appellant Jason Damron filed a pro se notice of appeal on May 16, 2022. The required docketing statement was not received. *See* TEX. R. APP. P. 32.1. By letter dated August 25, 2022, the Clerk of this Court notified appellant that the docketing statement had not been filed and warned that the Court would dismiss the appeal without further notification if a docketing statement was not filed within twenty-one days. *See id*. at R. 42.3(c).

More than twenty-one days have passed, and we have not received the docketing statement. Accordingly, we dismiss this appeal. *See id*. at R. 32.1, 42.3(c); *see also Cornett v. Williams*, No. 10-19-00141-CV, 2019 WL 2479879, at *1 (Tex. App.—Waco

June 12, 2019, no pet.) (mem. op.) (dismissing case for failure to file docketing statement).

MATT JOHNSON
Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Appeal dismissed
Opinion delivered and filed September 28, 2022
[CV06]

